**John T. FERGUSON,**
**Defendant-Appellant,**

v.

**STATE of Missouri,**
**Plaintiff-Respondent.**

**No. WD 32319.**

Missouri Court of Appeals,
Western District.

Aug. 17, 1982.

Tim L. Warren, St. Joseph, for defendant-appellant.

John Ashcroft, Atty. Gen., Melinda Corbin, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before CLARK, P. J., and MANFORD and KENNEDY, JJ.

## ORDER

PER CURIAM:

Appeal from the denial of Rule 27.26 motion following an evidentiary hearing.

Affirmed.